

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In Re:  Randy Henderson

No. 06-14-00191-CR

Original Mandamus Proceeding

Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought.  Therefore, we deny the petition.

RENDERED DECEMBER 3, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk